FILED

2018 FEB 14 PM 4:03

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **I N D I C T M E N T** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 18 CR 80 |
| | ) | Title 18, Section 2261A(2)(B), United |
| GARY L. FISHER, | ) | States Code |
| | ) | |
| Defendants. | ) | |

JUDGE GWIN

COUNT 1
(Stalking, 18 U.S.C. § 2261A(2)(B))

The Grand Jury charges:

From on or about August 10, 2017 through on or about August 14, 2017, in the Northern District of Ohio, Eastern Division, the defendant, GARY L. FISHER, with intent to harass and intimidate JANE DOE, whose identity is known to the grand jury, did use the mail to engage in a course of conduct in an attempt to cause, and which would reasonably be expected to

cause, substantial emotional distress to JANE DOE, in violation of Title 18, United States Code, Sections 2261A(2)(B).

A TRUE BILL.

Original Document - - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.